IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STUART A. GOLD, AS TRUSTEE )
OF THE CHAPTER 7 BANKRUPTCY )
ESTATE OF DOWNRIVER PLASTIC )
PRODUCTS, L.L.C., )
 )
    Plaintiff, )
 )
v. )
 )  Case No. 09-MC-27
BRIAN R. SPONSELLER, M.D., )
 )
    Defendant, )
 )
and )
 )
MERCY ALLIANCE, INC., )
 )
    Garnishee Defendant. )

ORDER GRANTING APPLICATION
FOR WRIT OF CONTINUING GARNISHMENT

Upon reviewing the application for writ of continuing garnishment filed with this Court by the plaintiff, Stuart A. Gold, as Trustee of the Chapter 7 Bankruptcy Estate of Downriver Plastic Products, L.L.C. ("Trustee"),

IT IS HEREBY ORDERED that the application of Trustee for a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this 25th day of November, 2009.

BY THE COURT:

*Barbara B. Crabb*
DISTRICT JUDGE