IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STUART A. GOLD, AS TRUSTEE OF THE CHAPTER 7 BANKRUPTCY ESTATE OF DOWNRIVER PLASTIC PRODUCTS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN R. SPONSELLER, M.D., <br><br> Defendant, <br><br> and <br><br> MERCY ALLIANCE, INC., <br><br> Garnishee Defendant. | Case No. 09-MC-27 |

## ORDER GRANTING APPLICATION
## FOR WRIT OF CONTINUING GARNISHMENT

Upon reviewing the application for writ of continuing garnishment filed with this Court by the plaintiff, Stuart A. Gold, as Trustee of the Chapter 7 Bankruptcy Estate of Downriver Plastic Products, L.L.C. ("Trustee"),

IT IS HEREBY ORDERED that the application of Trustee for a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this 26th day of ~~January~~ February, 2010.

BY THE COURT:

_____
DISTRICT JUDGE